## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:00cr84LAC

GREGORY LAMAR SHACK

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____March 6, 2008_____
Motion/Pleadings:__MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. SECTION 3582(c)(2)_____
Filed by _DEFENDANT PRO SE_____ on _3/5/08_____ Doc.# _308_____

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    *s/Mary Maloy*
LC (1 OR 2)                         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of May, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant faced a mandatory sentence of life at his sentencing and still does today no matter what his guideline range was then or is now.  Pursuant to a 5K1.1 motion filed by the Government, the defendant was sentenced to 224 months incarceration.  Given the facts and circumstances of this case, this sentence is still appropriate today and remains unchanged.*

                                    *s/L.A. Collier*
Entered On Docket: _____ By: __     ***LACEY A. COLLIER***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP    ***Senior United States District Judge***
Copies sent to:_____

Document No.